IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3AI PROPERTIES, LLC, | No. 2:18-CV-2345-KJM-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| DAUN ABBETT, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a business entity, brings this civil action. Pending before the court are motions for the appointment of counsel and for leave to proceed in forma pauperis (Docs. 4 and 5).

A review of the docket and initial filings indicates that Murali R. Nair, who does not appear to be an attorney, is purporting to bring this action on behalf of plaintiff. Pursuant to Eastern District of California Local Rule 183(a), however, a corporation or other business entity may appear only by an attorney. Plaintiff will be provided an opportunity to enter the appearance of counsel on the record. The motion for the appointment of counsel (Doc. 5) will be denied because plaintiff has not cited a statutory or factual basis warranting such relief. The motion for leave to proceed in forma pauperis, filed by Nair, will be stricken because it is filed by an

1

individual who is not a party to the action.

Plaintiff is cautioned that failure to comply with this order may result in dismissal of the action. See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for appointment of counsel (Doc. 5) is denied;
2. The motion for leave to proceed in forma pauperis (Doc. 4) is stricken; and
3. Plaintiff shall enter the appearance of counsel within 30 days of the date of this order.

DATED: August 29, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE