# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3A1 PROPERTIES LLC,<br><br>    Plaintiff,<br><br>   v.<br><br>DAUN ABBETT, et al.,<br><br>    Defendants. | No. 2:18-CV-2345-KJM-DMC<br><br><br>ORDER |

Plaintiff, which is proceeding with retained counsel, brings this civil action.

A review of the docket reflects defendants have filed a motion to dismiss (Doc. 13). That motion, however, is defective in that: (1) it has not been noticed for hearing before the assigned Magistrate Judge, see Local Rule 302(c)(21); and (2) some of the moving defendants are business entities which are not appearing through counsel, see Local Rule 183(a).[1]  For these reasons, defendants' motion will be stricken.

A review of the docket also reflects fees remain unresolved. Plaintiff will be required to resolve the fee status for this case, by for example paying the filing fees in full, within 30 days of the date of this order. Plaintiff is cautioned that failure to comply may result in dismissal of the entire action. See Local Rule 110.

---

[1] The court also observes that no summons has yet been issued by the Clerk of the Court allowing service of process.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to dismiss (Doc. 13) is stricken; and
2. Plaintiff shall resolve the fee status for this case within 30 days of the date of this order.

Dated: November 20, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE