# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3A1 PROPERTIES LLC, | No. 2:18-CV-2345-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| DAUN ABBETT, et al., | |
| Defendants. | |

Plaintiff, which is proceeding with retained counsel, brings this civil action. Plaintiff has filed a notice of voluntary dismissal of defendants Lowell Richards, County of Contra Costa, Contra Costa County Superior Court, and Judge Jill Fannin. Because no answer or motion for summary judgment has been filed, leave of court is not required and these defendants are dismissed on plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS SO ORDERED.

Dated: November 20, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1