# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3A1 PROPERTIES LLC, | No. 2:18-CV-2345-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| DAUN ABBETT, et al., | |
| Defendants. | |

Plaintiff, which is proceeding with retained counsel, brings this civil action. Plaintiff has filed a notice of voluntary dismissal of defendant Paula Grohs. Good cause appearing therefor, Paula Grohs is dismissed as a defendant to this action. See Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED.

Dated: January 29, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1