# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3A1 PROPERTIES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DAUN ABBETT, et al.,<br><br>    Defendants. | No. 2:18-CV-2345-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, which is proceeding with retained counsel, brings this civil action. Pending before the court is the motion to dismiss (Doc. 25) filed by defendant Paula Grohs. Given the voluntary dismissal of Grohs as a defendant to this action (see Doc. 30), the current motion is moot, the hearing scheduled for 10:00 a.m. on January 30, 2019, before the undersigned in Redding, California, is vacated, and the Clerk of the Court is directed to terminate Doc. 25 as a pending motions.

    IT IS SO ORDERED.

Dated: January 29, 2019

                                      DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE