IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3A1 PROPERTIES LLC, | No. 2:18-CV-2345-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| DAUN ABBETT, et al., | |
| Defendants. | |

       Plaintiff, which is proceeding with retained counsel, brings this civil action. The matter was on calendar for an initial scheduling/status conference before the undersigned in Redding, California, on May 8, 2019, at 10:00 a.m. Kevin Buchanan, Esq., appeared for plaintiff. R Jeremie Ginelli, Esq., appeared for defendants Greg Lloyd and Real Estate Center.

       The court concludes the matter is not ready for issuance of a scheduling order at this time. In particular, plaintiff has indicated a desire to replace the operative pro se complaint with a first amended complaint filed by counsel. The court sua sponte grants plaintiff leave to amend and directs that a first amended complaint be filed within 30 days of the date of this order.

       A review of the docket reflects that a number of defendants remain unserved and the court is not persuaded by plaintiff's argument that such defendants' improper filing of a motion to dismiss that the court later struck from the record constituted a general appearance in the action. In any event, because plaintiff will be required to formally serve process with any first

amended complaint, this issue is largely moot.  The court does expect that process will be appropriately served on all defendants who are named in the first amended complaint.

Plaintiff is cautioned that failure to file a first amended complaint within the time provided will result in an order striking the original complaint as an improper pro se filing on behalf of a business entity and directing that the entire action be administratively closed.  The failure to file a first amended complaint may also be grounds for dismissal for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 110.  Upon the filing of a first amended complaint, the court will re-set the matter for a further scheduling conference.

Pending the filing and service of a first amended complaint, all discovery in this matter is stayed.

IT IS SO ORDERED.

Dated:  May 13, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE