# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3AI PROPERTIES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DAUN ABBETT, et al.,<br><br>    Defendants. | No. 2:18-CV-2345-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with counsel, brings this civil action. Pending before the court is plaintiff's motion for leave to file a first amended complaint (ECF No. 39) and plaintiff's proposed first amended complaint submitted therewith.

Plaintiff's motion is denied as unnecessary because the court previously granted plaintiff leave to amend and directed plaintiff to file a first amended complaint. See ECF No. 37 (May 13, 2019, order). The Clerk of the Court will be directed to file the proposed first amended complaint, attached to plaintiff's motion, as a separate docket entry as of August 7, 2019. Plaintiff's first amended complaint is deemed timely.

Plaintiff's motion is filed concurrently with objections to the court's July 24, 2019, findings and recommendations, in which the court recommended dismissal of this action for failure to file a first amended complaint within the time provided. See ECF No. 40 (objections). In the objections, plaintiff states that the failure to timely file was due to a "good faith belief that

this case, along with other ancillary state court litigation among the parties, would settle." Id. According to plaintiff, no settlement was reached. See id. While the court finds this explains why plaintiff may have wanted to seek a court order extending the deadline and not why plaintiff failed to do so, the court observes that plaintiff has in fact cured the failure to file a first amended complaint. The July 24, 2019, findings and recommendations will, therefore, be vacated.

This action now proceeds on plaintiff's first amended complaint, which invokes this court's diversity jurisdiction. The following defendants are named: (1) Daun Abbett; (2) Blossom Exchange; (3) James Cantando; (4) Robert "Bob" McDonald; (5) Derek McDonald; (6) Ram Construction; (7) Greg Lloyd; and (8) Real Estate Center. The Clerk of the Court will be directed to update the docket to reflect this list of defendants. As the court has previously admonished, plaintiff is expected to appropriately serve process on all defendants named in the first amended complaint forthwith. The matter will be re-set for an initial scheduling conference in expectation of plaintiff's prompt compliance.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to amend (ECF No. 39) is denied as unnecessary;

2. The Clerk of the Court is directed to file plaintiff's proposed first amended complaint, attached to plaintiff's motion for leave to amend, as a separate docket entry as of August 7, 2019;

3. Plaintiff's first amended complaint is deemed timely;

4. The Clerk of the Court shall update the docket to reflect that this action proceeds against defendants Daun Abbett, Blossom Exchange, James Cantando, Robert "Bob" McDonald, Derek McDonald, Ram Construction, Greg Lloyd; and Real Estate Center;

5. The findings and recommendations issued on July 24, 2019, are vacated;

6. The matter is re-set for an initial scheduling conference before the undersigned in Redding, California, on December 11, 2019, at 10:00 a.m.; and

7. Telephonic appearances are not permitted absent a court order issued for good cause shown in writing; and

8. On or before December 4, 2019, the parties shall file scheduling conference statements consistent with the court's December 3, 2018, order, such statements to include any request for telephonic appearance.

Dated: August 22, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE