IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3AI PROPERTIES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DAUN ABBETT, et al.,<br><br>    Defendants. | No. 2:18-CV-2345-KJM-DMC<br><br><br>ORDER |

        Plaintiff, who is proceeding pro se, brings this civil action. This matter is currently set for an initial scheduling conference on December 11, 2019. Pursuant to the court's December 3, 2018, order (ECF No. 20), the parties were required to file separate scheduling conference statements no later than December 4, 2019. Defendants Greg Lloyd and Real Estate Center filed their scheduling conference statement on December 4, 2019. To date, plaintiff has failed to comply with the December 3, 2018, order.[1] The scheduling conference will, therefore, be vacated and plaintiff will be directed to show cause in writing why this action should not be dismissed for failure to prosecute and comply with court rules and orders. See Local Rule 110.

/ / /

/ / /

---

[1] A review of the docket reflects that plaintiff has also failed to effect service of process on all named defendants.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for December 11, 2019, at 10:00 a.m. before the undersigned in Redding, California, is vacated;

2. Plaintiff shall show cause in writing within 30 days of the date of this order why this action should not be dismissed for lack of prosecution and failure to comply with court rules and orders.

Dated: December 5, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE