**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 3AI PROPERTIES LLC, | No. 2:18-CV-2345-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| DAUN ABBOTT, et al., | |
| Defendants. | |

Plaintiff, which is proceeding with retained counsel, brings this civil action. The initial scheduling conference, set for December 11, 2019, was vacated because plaintiff failed to file a scheduling conference statement as directed in the court's December 3, 2018, order. On December 6, 2019, the court directed plaintiff to show cause in writing why this action should not be dismissed for failure to file a scheduling conference statement. Plaintiff responded to the order to show cause on January 6, 2020, indicating that the parties have been engaging in ongoing settlement discussions. A review of the docket reflects that plaintiff also submitted its scheduling conference statement on January 6, 2020.

/ / /

/ / /

/ / /

/ / /

1

| | |
|---|---|
| 1 | Good cause appearing therefor, the order to show cause is discharged.  An initial |
| 2 | scheduling conference is re-set for February 19, 2020, at 10:00 a.m., before the undersigned in |
| 3 | Redding, California. |
| 4 | IT IS SO ORDERED. |

Dated: January 21, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE