IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3AI PROPERTIES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DAUN ABBETT, et al.,<br><br>    Defendants. | No. 2:18-CV-2345-KJM-DMC<br><br><br>ORDER |

Plaintiff, which is proceeding with retained counsel, brings this civil action. On July 16, 2020, the court directed plaintiff to show cause in writing why defendants Blossom Exchange, Robert "Bob" McDonald, and Ram Construction had not yet been served. See ECF No. 57. On July 23, 2020, process was returned executed as to each of these defendants. See ECF Nos. 58, 9, and 60. The order to show cause will, therefore, be discharged. The Court notes, however, that while these defendants have been served, they have not timely responded to the operative complaint and plaintiff has not sought entry of defaults.

The July 16, 2020, order also addressed scheduling for this litigation. Specifically, the Court noted that the joint scheduling conference statements on file at the time did not set forth a proposed schedule. See ECF Nos. 55 and 56. The Court directed the parties to submit a revised joint scheduling conference statement, which they have done. See ECF No. 61. The Court will, by this order, set an initial schedule pursuant to Federal Rule of Civil Procedure 16(b).

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause regarding unserved defendants is discharged;

2. No further joinder of parties or amendments to the pleadings is permitted without leave of Court for good cause shown.

3. Jurisdiction and venue appear appropriate in this Court based on diversity jurisdiction as alleged in the first amended complaint.  To the extent jurisdiction and/or venue are contested, the Court observes that no appropriate motion has been filed in response to the first amended complaint.

4. If not already done, the parties shall exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) by September 1, 2020.

5. The parties have not requested any specific dates related to expert witnesses. The Court therefore orders that any expert witnesses shall be disclosed on or before April 19, 2021, with any rebuttal experts disclosed by May 3, 2021.

6. All fact discovery and expert discovery shall be completed and all motions pertaining to such discovery shall be noticed and heard by June 25, 2021.

7. All dispositive motions shall be noticed to be heard by July 30, 2021.

8. The pre-trial conference and trial dates will be set by separate order.

Dated: August 17, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE